280 U.S. 560
 50 S.Ct. 18
 74 L.Ed. 615
 Ralph W. HARBISON, petitioner,
v.
C. G. LEWELLYN, formerly collector, etc.; Joseph Hudson BROOKS, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; James E. LEWIS, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; Lee C. MORGANROTH, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; Harry William CROFT, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; Raymond WILLEY, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; William WALKER, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; R. H. YOUNGMAN, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; Otto M. REIF, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; Elizabeth W. PONTEFRACT, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; William Albert HARBISON, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; Emma J. HARBISON, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; Nin McQUILLEN, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; Kenneth SEAVER, petitioner, v. C. G. LEWELLYN, formerly collector, etc.; P. R. HILLEMAN, petitioner, v. C. G. LEWELLYN, formerly collector, etc.
 No. 134.
 No. 135.
 No. 136.
 No. 137.
 No. 138.
 No. 139.
 No. 140.
 No. 141.
 No. 142.
 No. 143.
 No. 144.
 No. 145.
 No. 146.
 No. 147.
 No. 148.
 Supreme Court of the United States
 October 14, 1929
 
 1
 and
 
 
 2
 Messrs. J. E. MacCloskey, Jr., and F. H. Atwood, both of Pittsburgh, Pa., for petitioner Harbison.
 
 
 3
 Mr. J. E. MacCloskey, Jr., of Pittsburgh, Pa., for other petitioners.
 
 
 4
 Petition for writs of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.